# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-12393

_____

LLOYD EUGENE BAKER,

                                                                                Plaintiff-Appellee,

*versus*

3M COMPANY,
AEARO TECHNOLOGIES LLC,

                                                                                               Defendants,

KIMBERLY O. BRANSCOME,
JAY L. BHIMANI,

                                                             Interested Parties-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 7:20-cv-00039-MCR-GRJ

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 31, 2023

For the Court: DAVID J. SMITH, Clerk of Court